# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** 4:16CV137 |
| | § | JUDGE MAZZANT/JUDGE JOHNSON |
| ANGELA G POWELL | § | |

## AMENDED MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 17, 2017, the Report of the Magistrate Judge (Dkt. #28) was entered containing proposed findings of fact and recommendations that the Government's Motion for Summary Judgment (Dkt. #18) be granted. The Court entered *pro se* Defendant Angela G. Powell's Acknowledgment of Receipt (Dkt. #29) on January 20, 2017.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that the Government's Motion for Summary Judgment (Dkt. #18) is **GRANTED**.

**IT IS SO ORDERED.**
SIGNED this 15th day of February, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE